UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| TIMMOTHY MURPHY, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:15-cv-131-AGF |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File Response Regarding Form of Plaintiff's Brief (Doc. No. 17). Plaintiff has asked the Court for leave to amend the statement of facts in his brief so as to comply with the Court's previously-entered Case Management Order. However, because Defendant has filed a Response to Plaintiff's Facts in conjunction with her responsive brief, filed on January 14, 2016, that divides Plaintiff's factual allegations into separate paragraphs and responds to them, the Court finds that no amendment of Plaintiff's brief will be necessary. Instead, Plaintiff is directed to respond to Defendant's Statement of Additional Facts and any additional facts asserted by Defendant in an appropriate format.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Response Regarding Form of Plaintiff's Brief (Doc. No. 17) is **DENIED as moot**.

**IT IS FURTHER ORDERED** that Plaintiff shall have 10 days, to and including **March 7, 2016**, to file a response to Defendant's Statement of Additional Facts.

_____
**AUDREY G. FLEISSIG**
**UNITED STATES DISTRICT JUDGE**

Dated this 26th day of February, 2016.